UNITED STATES *versus* EIGHTEEN BAGS OATS, WITH THE BAGS CONTAINING THE SAME, ONE PAIR CARTWHEELS, AND TWELVE BUSHELS OATS. 

JOURNAL ENTRIES: (1) Dec. 7, 1830: libel filed, time fixed for trial, notice ordered published; (2) Dec. 30, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) Dec. 31, 1830: property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1830): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) copy of order of sale, return, receipt.

*File No.* 51.

 UNITED STATES *versus* ONE BOAT, ONE OLD SAIL, SOME CORDAGE, TWO OARS, ONE WHEELBARROW, AND ONE BARREL CIDER. 

JOURNAL ENTRIES: (1) Dec. 7, 1830: libel filed, time fixed for trial, notice ordered published; (2) Dec. 30, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) Dec. 31, 1830: property forfeited, sale and notice of sale ordered, attendance of witness proved.

PAPERS IN FILE (1830-31): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) subpoena; (4) copy of order of sale, return, receipt.

*File No.* 50.

 UNITED STATES *versus* ONE GRAY HORSE, ONE BAY HORSE, ONE SET HARNESS, PART OF AN OLD HARNESS, TWO BRIDLES, ONE SADDLE AND BEAR SKIN, ONE PAIR SADDLEBAGS, FIVE BAGS, ONE PECK SALT, ONE SMALL SPIDER, ONE BAKE KETTLE, ONE CLEVIS AND HOOK, TWO POWDER HORNS, FIVE CUPS AND SAUCERS, ONE MUG, NINE PLATES, ONE SALTER, THREE KNIVES AND FORKS, ONE COPPER LADLE, TWO TIN CUPS, TWO TIN BAKE PANS, THREE TUMBLERS, FIVE PEWTER SPOONS, TWO SHEETS, ONE LADY'S CAMBRIC DRESS, THIRTEEN AND THREE-FOURTHS YARDS SHIRTING, ONE TRUNK, FOUR PIECES STEEL, ONE RIFLE, ONE SHAWL, ONE BRACE AND BITS, ONE BROAD AXE, TWO AUGERS, ONE SMALL HAMMER, THREE PLANES, TWO HAND SAWS, ONE BUCK SAW, ONE KEY HOLE SAW, ONE BOX RULE, TWO GAUGES, ONE TRYING SQUARE, TWO CHISELS, ONE ADZE, ONE COMPASS, ONE PIECE OLD CANVAS, ONE AXE, ONE CHAIN, ONE WAGON, ONE SET SINGLE HARNESS, ONE SADDLE, ONE CLOAK, AND ONE BLANKET. 

JOURNAL ENTRIES: (1) Dec. 7, 1830: libel filed, time fixed for trial, notice ordered published; (2) Dec. 30, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) Dec. 31, 1830: property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1830): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) copy of order of sale, return, receipts.

*File No.* 52.

 UNITED STATES *versus* SIXTEEN BAGS OATS, FOUR SHEEP, AND ONE CALF. 

JOURNAL ENTRIES: (1) Jan. 8, 1831: libel filed, time fixed for trial, notice ordered published; (2) Feb. 7, 1831: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1831): (1) Libel; (2) published notice, proof of publication, proof of posting, printer's bill; (3) copy of order of sale, return, receipts.

*File No.* 53.

 UNITED STATES *versus* MATTHEW WOODS. 

JOURNAL ENTRIES: (1) May 5, 1831: indictment presented, plea of not guilty, motion for con-